IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x
SWISS RENEWABLE POWER PARTNERS :
S.À.R.L., in its capacity as assignee of (1) CECONAT
ENERGY GMBH, (2) EOXIS HOLDING S.A., (3)
IMPAX NEW ENERGY INVESTORS S.C.A., and (4) :
IMPAX SOLAR INVESTMENT S.À.R.L.,
:
    14 rue Edward Steichen
    L-2540 Luxembourg :
    G.D. Luxembourg
:
              Petitioner,        :     Civil Action No. 23-512
:
v.
:
KINGDOM OF SPAIN,
:
    Abogacia General del Estado
    Calle Ayala, 5 :
    28001 – Madrid
    Spain :

              Respondent. :
------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner Swiss Renewable Power Partners S.à.r.l. certifies that Petitioner has no publicly held corporate parents, affiliates, or subsidiaries, and no publicly held corporation holds a 10-percent or greater ownership interest in Petitioner.

Dated: February 27, 2023
       Washington, D.C.

/s/ Marcus J. Green
Michael S. Kim
   D.C. Bar No. 1032401
   michael.kim@kobrekim.com
Marcus J. Green
   D.C. Bar No. 999223
   marcus.green@kobrekim.com
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036
Telephone: (202) 664-1900

*Attorneys for Petitioner Swiss Renewable Power Partners S.à.r.l.*